PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender:  David Sosa                           Case Number: A-12-CR-234(8)- SS

Name of Sentencing Judicial Officer:  Honorable Sam Sparks, Senior U.S. District Judge

Date of Original Sentence: May 13, 2013

Original Offense: Conspiracy to Possess with Intent to Distribute One Kilogram or More of Heroin, in violation of 21 U.S.C. §§§  846, 841(a)(1) and 841 (b)(1)(A)

Original Sentence:  130 months imprisonment, followed by a 5 year term of supervised release. Special conditions: no alcohol, substance abuse/mental health treatment, take all prescribed medications and search. SMA of $100 (satisfied)

Type of Supervision:  Supervised Release            Date Supervision Commenced: June 5, 2020

Assistant U.S. Attorney:  Elizabeth Cottingham       Defense Attorney:  Tamara Needles

### PREVIOUS COURT ACTION

On July 15, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's custody sentence was reduced from 130 to 120 months.

### NONCOMPLIANCE SUMMARY

**Violation of Special Condition No. 1:**  "The defendant shall abstain from the use of alcohol and/or all intoxicants during the term of supervision."

**Violation of Standard Condition No. 7:** " The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**Nature of Non-compliance:** On September 20, 2021, the defendant submitted a urine specimen which yielded positive results for cocaine and opiates. On October 1, 2021, contact was made with Sosa who admitted that due to personal issues he relapsed to escape the pressures of life.

David Sosa
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** The Court is respectfully advised when Sosa was queried about his drug usage, he initially denied but then admitted to the usage to deal with the stressors of life.  To assist Sosa in addressing his addiction issues, it is recommended that no Court action be taken at this time and that he be allowed to participate in treatment services so he can learn skills to address his drug addiction issues. Should Sosa incur any further violations, the Court will be immediately notified. Accordingly, the Court reserves the right to revisit this allegation in the future.

Respectfully submitted,

*Juliana C. Flores*

Juliana C. Flores
United States Probation Officer
Date: 10/4/2021

Approved: *Martha N. Davis*

Martha N. Davis, Supervising
United States Probation Officer

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Susan Hightower
United States Magistrate Judge

Date:  October 4, 2021